**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. **1 5 - 2 0 2 3 0 CR-HUCK**

/OTAZO-REYES

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1343
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(B)
18 U.S.C. § 1029(c)(1)(C)

**UNITED STATES OF AMERICA**

vs.

**MICHELSON JEANCY,**

**Defendants**

_____/

FILED by_____ D.C.

APR - 2 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of Fifteen or More Unauthorized Access Devices**
**(18 U.S.C. § 1029(a)(3))**

On or about June 9, 2014, in Miami-Dade County, in the Southern District of Florida, and

elsewhere, the defendant,

**MICHELSON JEANCY,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access

devices, that is, social security numbers of other persons, said possession affecting interstate and

foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNTS 2-5
**Wire Fraud**
**(18 U.S.C. § 1343)**

From in or around February 20, 2013 through on or about June 9, 2014, in Miami-Dade

County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHELSON JEANCY,**

did knowingly and with the intent to defraud, devise, and intend to devise, a scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, and, for the purpose of executing the scheme and artifice, did knowingly transmit and cause to be transmitted, by means of wire communication in interstate commerce, certain writings, signs, signals, pictures and sounds, in violation of Title 18, United States Code, Section 1343.

## PURPOSE OF THE SCHEME AND ARTIFICE

The purpose of the scheme and artifice was for **MICHELSON JEANCY** to unjustly enrich himself by obtaining stolen identities, and using these identities to cause the filing of false and fraudulent tax returns with the IRS in order to fraudulently obtain tax refunds for his personal use and benefit.

## SCHEME AND ARTIFICE

The manner and means by which **MICHELSON JEANCY** and his accomplices sought to accomplish the purpose of the scheme and artifice included, among other things, the following:

1.      **MICHELSON JEANCY**, who worked at Miami Dade College (MDC), would obtain from MDC without permission or authority, the names, dates of birth, and social security numbers of former and current MDC students without their knowledge.

2.      Using the fraudulently obtained names, dates of birth, and social security numbers of the MDC students, **MICHELSON JEANCY** and his accomplices would call the Internal

2

Revenue Service (IRS) toll free number to obtain an Electronic Filing PIN (EFP) on behalf of the students without their knowledge.

4.      **MICHELSON JEANCY** and his accomplices caused false and fraudulent federal income tax returns seeking refunds to be filed with to the United States Department of Treasury in the names of, and using the social security account numbers of victim taxpayers without their authority and using the fraudulently obtained EFP.  Further, **JEANCY** and his accomplices designated prepaid debt cards for the direct deposit of the falsely and fraudulently obtained income tax refunds issued in the names of the victim taxpayers.

## USE OF THE WIRES

5.      On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, defendant **MICHELSON JEANCY** and his accomplices, for the purpose of executing and in furtherance of the aforesaid scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, knowing that the pretenses, representations, and promises were false and fraudulent when made, did knowingly transmit and cause to be transmitted in interstate commerce, by means of wire communication, certain writings, signs, signals, pictures, and sounds, as described below:

3

| COUNT | APPROXIMATE DATE | DESCRIPTION OF WIRE |
|---|---|---|
| 2 | February 26, 2013 | Interstate telephone call from **MICHELSON JEANCY** to the IRS toll free number using "F.B.'s" social security number in order to obtain an EFP |
| 3 | February 26, 2013 | Interstate telephone call from **MICHELSON JEANCY** to the IRS toll free number using "R.J.'s" social security number to obtain an EFP |
| 4 | March 4, 2013 | Interstate telephone call from **MICHELSON JEANCY** to the IRS toll free number using "M.D.A's" social security number to obtain an EFP |
| 5 | March 4, 2013 | Interstate telephone call from **MICHELSON JEANCY** to the IRS toll free number using "J.G.'s" social security number to obtain an EFP |

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS 6-9
### Aggravated Identity Theft
### (18 U.S.C. § 1028A(a)(1))

On or about the dates specified as to each count below, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHELSON JEANCY,**

during and in relation to a felony violation of Title 18, United States Code, Section 1343, that is, wire fraud, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person as set forth in each count below:

| COUNT | APPROXIMATE DATE | MEANS OF IDENTIFICATION |
|---|---|---|
| 6 | February 26, 2013 | Social Security Number of "F.B." |
| 7 | February 26, 2013 | Social Security Number of "R.J." |
| 8 | March 4, 2013 | Social Security Number of "M.D.A." |
| 9 | March 4, 2013 | Social Security Number of "J.G." |

4

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE
### (18 U.S.C. §§ 981, 982 and 1029)

1.      The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MICHELSON JEANCY**, has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment,  the defendant shall forfeit to the United States: a) any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and b) any personal property used or intended to be used to commit such violation, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3.      Upon conviction of a violation of Title 18, United States Code, Section 1343, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to said violation, pursuant to Title 18, United States Code, Section 981(a)(1)(C).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C),  982(a)(2)(B) and

1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, made

applicable by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2) and Title 28,

United States Code, Section 2461.

                                        A TRUE BILL

                                     _____

                                     FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
GERA R. PEOPLES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES OF AMERICA

vs.

MICHELSON JEANCY,

**Defendant.**

_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| x | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)          Yes _____   No ____
Number of New Defendants  ======
Total number of counts    ======

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No)      No
   List language and/or dialect    _____

4. This case will take     2-3     days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                           (Check only one)

| | | | | | |
|---|---|---|---|---|---|
| I | 0 to 5 days | x | Petty | | |
| II | 6 to 10 days | | Minor | | |
| III | 11 to 20 days | | Misdem. | | |
| IV | 21 to 60 days | | Felony | x | |
| V | 61 days and over | | | | |

6. Has this case been previously filed in this District Court?  (Yes or No)     No
   If yes:
   Judge: _____                          Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?     (Yes or No)     No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)     No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?          _____ Yes     x   No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?          _____ Yes     x   No

_____
GERA R. PEOPLES
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 0450022

*Penalty Sheet(s) attached

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name:** **MICHELSON JEANCY**

**Case No:** _____

Count #: 1

Possession of Fifteen (15) or more unauthorized access devices

Title 18, United States Code, Section 1029(a)(3)

**\*Max. Penalty:** Ten (10) Years' Imprisonment

Counts #: 2-5

Wire Fraud

Title 18, United States Code, Section 1343

**\*Max. Penalty:** Twenty (20) Years' Imprisonment

Counts #: 6-9

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\*Max. Penalty:** Two (2) Years' Imprisonment (Consecutive to Any Other Sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**